# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** | Case No.: 07 B 14405 |
| Zojacquelene Jones | Chapter: 13 |
| Debtor(s) | Judge Susan Pierson Sonderby |

## NOTICE OF POST PETITION OBLIGATIONS DUE

**TO:** Tom Vaughn, Chapter 13 Trustee, 200 S. Michigan Ave., Suite 1300, Chicago, IL 60604-
Zojacquelene Jones, Debtor(s), 2840 W. 141st Street, Blue Island, IL 60406
Craig Z. Black, Attorney for Debtor(s), 407 S. Dearborn Street, 6th Floor, Chicago, IL 60605

You are hereby notified that AMERICAN HOME MORTGAGE SERVICING, INC. has made post-petition advances of $650.00 in relation to the mortgage it services and these amounts have been added to the note and mortgage obligation pursuant to the terms of the note and mortgage.

You are hereby notified that debtor(s) is(are) in default to AMERICAN HOME MORTGAGE SERVICING, INC. According to the Motion for Relief filed on 09/08/2008 the Debtor was post petition due for 06/01/2008 however Creditor is unable to substantiate the $6,000.00 payment tendered in Court. As Debtor has failed to maintain post-petition payments, the current provision of the plan regarding reinstatement do not apply and any outstanding pre-petition amounts also remain due.

Pursuant to the terms of the confirmed plan, if no challenge to these advances is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice or by 02/07/2009, AMERICAN HOME MORTGAGE SERVICING, INC.'s rights to collect these amounts will remain unaffected.

## PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527, before the hour of 5:00 PM on January 8, 2009.

/s/ Gloria Tsotsos
Attorney for Creditor

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-08-25304)**

NOTE: Pursuant to the Fair Debt Collection Practices Act you are advised that this law firm is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.